PROB 12C
(7/93)

Report Date: October 17, 2014

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2014

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Carl Kenneth Conner                Case Number: 2:10CR00130-LRS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

Original Offense:        Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1), (b)(1)(B)(i)

Original Sentence:       Prison - 60 months            Type of Supervision: Supervised Release
                         TSR - 48 months

Asst. U.S. Attorney:     Matthew F. Duggan             Date Supervision Commenced: December 5, 2013

Defense Attorney:        Federal Defenders Office      Date Supervision Expires: December 4, 2017

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Carl Conner violated the conditions of his supervised release in Spokane, Washington, by failing to notify his supervising probation officer before changing his residence.  On October 17, 2014, the undersigned officer conducted a home visit at the offender's address of 1010 West Boone, Apt #15, Spokane, Washington.  Collateral contact with the manager of Mr. Conner's apartment building confirmed that he was evicted from his unit effective August 8, 2014, for refusing to pay his rent.  In fact, the offender was given a 20-day notice in July 2014 prior to being evicted.  Currently, the offender's whereabouts are unknown. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: Carl Conner violated the conditions of his supervised release in Spokane, Washington, by failing to turn in his monthly report in October 2014, disclosing his activities during the month of September 2014.  On October 16, 2014, the undersigned |

Prob12C
**Re: Conner, Carl Kenneth**
October 17, 2014
Page 2

officer attempted to establish contact with the offender by telephone. A voice mail was left instructing him to appear in the U.S. Probation Office. The offender returned the call and left a message indicating he was aware he failed to comply as required. To date, the undersigned officer has not spoken directly to the offender. Again, his whereabouts remain unknown.

3   **Standard Condition #3:** The defendant shall answer truthfully all inquires by the probation officer and follow the instruction of the probation officer.

**Supporting Evidence**: Carl Conner violated the conditions of his supervised release in Spokane, Washington, by submitting false information on his monthly supervision report dated September 5, 2014. Specifically, the offender indicated his residence was located at 1010 West Boone, Apt. #15, Spokane, Washington. At this time, the offender's whereabouts are unknown. He is considered an absconder from supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/17/2014

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

10/17/2014
Date