PROB 12C
(7/93)

Report Date: April 20, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 21 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner            Case Number: 0980 2:10CR00130-LRS-1

Address of Offender: ███ ██ ██████ ██ Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months |
| Revocation Sentence: | Prison - 366 days<br>TSR - 40 months |

Type of Supervision: Supervised Release

| | | | |
|---|---|---|---|
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | November 17, 2015 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | March 15, 2019 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: The offender purchased a camper and paid to park at a local recreation vehicle (RV) park and stated he stayed there the night of April 13, 2016. On April 18, 2016, the Kettle Falls Police Department reported the offender had paid a half months of rent to the RV park on March 28, 2016. The offender failed to notify the supervising officer of the purchased camper, the lot he paid to park it on, or that he would be staying there. |
| 2 | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician. |

Prob12C
Re: Conner, Carl Kenneth
April 20, 2016
Page 2

**Supporting Evidence**: On April 14, 2016, United States probation conducted a search at the offender's residence. Items found during the search included one scale, a ball of an unknown substance, a grinder with unknown substance, and a needle with tinfoil that contained burnt residue. The substances field tested negative for heroin. Offender made an admission that the ball of unknown substance was used as a cutting agent for his heroin.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 20, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/21/16
Date