PROB 12C
(6/16)

Report Date: August 30, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 3 0 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner              Case Number: 0980 2:10CR00130-LRS-1

Address of Offender:              Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 60 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence (12/04/14): | Prison 366 days; TSR - 40 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 17, 2015 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

3              **Special Condition # 13**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 25, 2016, Alcohol Drug Education Prevention and Treatment (ADEPT) collected a urinalysis sample to test for the presence of illicit substances. The sample was sent to the laboratory for verification testing. The testing laboratory report shows that the sample was positive for both methamphetamine and heroin. On August 17, 2016, the offender made a verbal admission to the undersigned that he had consumed both methamphetamine and heroin as indicated in the aforementioned lab result.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/30/2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/30/16
Date