PROB 12C  
(6/16)

Report Date: September 21, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2016**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner          Case Number: 0980 2:10CR00130-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 month<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 30, 2014: | Prison- 366 days<br>TSR- 40 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 17, 2015 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2016 and 08/30/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 13**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 31, 2016, Alcohol Drug Education Prevention and Treatment (ADEPT) collected a mouth swab sample to test for the presence of illicit substances. The sample was sent to the laboratory for verification testing. The testing laboratory report shows the sample was positive for both methamphetamine and heroin. The treatment provider stated that the lab result shows definitive new use. |

Prob12C
Re: Conner, Carl Kenneth
September 21, 2016
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 21, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

9/26/16
_____
Date