PROB 12C
(6/16)

Report Date: January 4, 2017

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 4 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner          Case Number: 0980 2:10CR00130-LRS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months           Type of Supervision: Supervised Release
TSR - 48 months |
| Revocation Sentence Date December 4, 2014: | Prison - 366 days
TSR - 40 months |
| Asst. U.S. Attorney: | Matthew F. Duggan          Date Supervision Commenced: November 17, 2015 |
| Defense Attorney: | Amy H. Rubin                    Date Supervision Expires: March 15, 2019 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2016, 08/30/2016 and 09/21/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number       Nature of Noncompliance

5          **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

           **Supporting Evidence**: Washington State Department of Fish and Wildlife Police incident report number WA-16-011166 states that on November 27, 2016, the offender was cited for second degree unlawful hunting of big game.

6          **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

           **Supporting Evidence**: Washington State Department of Fish and Wildlife Police incident report number WA-16-011166 states that on November 27, 2016, the offender was cited for second degree unlawful hunting of big game. The offender was in possession of a compound hunting bow and arrow which was subsequently seized by the responding agency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/04/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

1/4/17
Date