PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington



Report Date: June 9, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 2 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner        Case Number: 0980 2:10CR00130-001

Address of Offender:                         Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 12/04/2014 | Prison - 366 days; TSR - 40 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 17, 2015 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

To issue a **WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 04/21/2016, 08/30/2016, 09/21/2016, and 01/03/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: The offender commenced supervision on November 17, 2015. On that date, Mr. Connor was advised of all mandatory, standard, and special conditions. |
| | On June 9, 2017, U.S. probation, in conjunction with additional law enforcement agencies, conducted a search at the offender's residence. As a result of the search, the offender was arrested at his residence in Kettle Falls, Washington, for possession of controlled substances. |
| 8 | Nature of Noncompliance |
| | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. |

**Supporting Evidence**: On June 9, 2017, the offender was arrested at his residence in Kettle Falls, Washington, for possession of controlled substances. Substances included 16 grams of heroin, methamphetamine, a schedule 3 controlled substance, and marijuana. The offender was also in possession of a scale, syringes, spoons with suspected drug residue, and drug pipes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/09/2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

6/12/17
Date