# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 5 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

Report Date: September 4, 2018

| | |
|---|---|
| Name of Offender: Carl Kenneth Conner | Case Number: 0980 2:10CR00130-LRS-1 |
| Address of Offender: | Kettle Falls, Washington 99141 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months  Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison - 12 months and 1 day<br>TSR - 40 months |
| Revocation sentence<br>July 11, 2017 | Prison - 12 months and 1 day<br>TSR - until 3/15/2019 |
| Asst. U.S. Attorney: | Matthew F. Duggan  Date Supervision Commenced: May 25, 2018 |
| Defense Attorney: | Federal Defenders Office  Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/17/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 23, 2018, Mr. Conner provided a urinalysis test that tested positive for methamphetamine.<br><br>On May 25, 2017, Mr. Carl Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware by the undersigned officer that he is to abstain from the use of illegal controlled substances. |

On August 23, 2018, Mr. Conner reported to the probation office to provide a urine sample. A urine sample was collected, and tested positive for methamphetamine. The urine sample was sent to Alere Toxicology for further testing. On September 4, 2018, the undersigned officer received the lab report from Alere Toxicology confirming a positive result for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/04/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/5/18
Date