PROB 12C
(6/16)

Report Date: August 16, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Carl Kenneth Conner | Case Number: 0980 2:10CR00130-LRS-1 |
| Address of Offender: | Kettle Falls, Washington 99141 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison - 12 months and 1 day<br>TSR - 40 months | |
| Revocation sentence<br>July 11, 2017 | Prison - 12 months and 1 day<br>TSR - until 3/15/2019 | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: May 25, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On May 25, 2017, Mr. Carl Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware by the undersigned officer that he is to abstain from the use of illegal controlled substances. |

Prob12C
Re: Conner, Carl Kenneth
August 16, 2018
Page 2

On August 7, 2018, the undersigned officer met with Mr. Conner at his address of record. A random uranalysis test was requested. Mr. Conner admitted to the undersigned officer that he used heroin on or about August 4, 2018. He signed a drug use admission form.

2   **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence** On May 25, 2017, Mr. Carl Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware by the undersigned officer that he is to abstain from the use of illegal controlled substances.

On August 14, 2018, the undersigned officer met with Mr. Conner at his address of record. A random urinalysis test was requested and the urine sample tested presumptive positive for morphine and methamphetamine. The undersigned officer confronted Mr. Conner about the positive urinalysis result, and Mr. Conner denied multiple times that he used controlled substances. He indicated his last use of illicit drugs was what is referenced in violation number 1. The urine sample was sent to Alere Toxicology for further testing, and the results are pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   08//16/2018

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/17/18
Date