Report Date: September 13, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Carl Kenneth Conner     Case Number: 0980 2:10CR00130-LRS-1

Address of Offender: ███████████████, Kettle Falls, Washington 99141

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months     Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison - 12 months and 1 day<br>TSR - 40 months |
| Revocation sentence<br>July 11, 2017 | Prison - 12 months and 1 day<br>TSR - until 3/15/2019 |
| Asst. U.S. Attorney: | Matthew F. Duggan     Date Supervision Commenced: May 25, 2018 |
| Defense Attorney: | Amy H. Rubin     Date Supervision Expires: March 15, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/17/2018 and 09/05/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Conner violated his conditions of supervised release by testing positive for morphine on September 7, 2018. |

Prob12C
Re: Conner, Carl Kenneth
September 13, 2018
Page 2

On May 25, 2017, Mr. Carl Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware by the undersigned officer that he is to abstain from the use of illegal controlled substances

On September 7, 2018, Mr. Conner submitted to a urinalysis test. The urine sample tested presumptive positive for morphine. When questioned about the positive test, Mr. Conner denied using any illicit drugs. The urine sample was sent to Alere Toxicology for further testing and the results are still pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  09/13/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

9/14/2018

Date