PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 29 2018

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Carl Kenneth Conner | Case Number: 0980 2:10CR00130-LRS-1 |
| Address of Offender: | Kettle Falls, Washington 99141 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

Original Offense: Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1)

Original Sentence: Prison - 60 months    Type of Supervision: Supervised Release
TSR - 48 months

Revocation Sentence    Prison - 12 months and 1 day
December 4, 2014       TSR - 40 months

Revocation sentence    Prison - 12 months and 1 day
July 11, 2017          TSR - until 3/15/2019

Asst. U.S. Attorney:    Matthew F. Duggan    Date Supervision Commenced: May 25, 2018
Defense Attorney:       Amy H. Rubin          Date Supervision Expires: March 15, 2019

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/17/2018, 09/05/2018 and 09/13/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 3**: You shall abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Conner violated his conditions of supervised release by using heroin on or about October 24, 2018. In addition, Mr. Conner attempted to use a deception device in an attempt to pass his drug screening test. |

Prob12C
Re: Conner, Carl Kenneth
October 26, 2018
Page 2

On May 25, 2017, Mr. Carl Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware by the undersigned officer that he is to abstain from the use of illegal controlled substances.

On October 25, 2018, the undersigned officer met with Mr. Conner at his address of record. A random urinalysis was requested. When Mr. Conner was attempting to provide a urine sample, the undersigned officer observed what appeared to be a device being used by Mr. Conner in an attempt to pass his urinalysis test. When Mr. Conner was confronted about using a device to pass his drug test, he initially denied. When he was questioned again, Mr. Conner stated "you caught me, I'll sign one of those drug use admission forms." The device was confiscated from Mr. Conner and he signed a drug use admission form admitting to using heroin the day prior on October 24, 2018.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/26/2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

10/29/18
Date