PROB 12C
(6/16)

Report Date: December 10, 2018

# United States District Court

**FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

Eastern District of Washington

**DEC 10 2018**

Petition for Warrant or Summons for Offender Under Supervision

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| Name of Offender: | Carl Kenneth Conner | Case Number: | 0980 2:10CR00130-LRS-1 |
| Address of Offender: | | Kettle Falls, Washington 99141 | |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 16, 2011

| | | | |
|---|---|---|---|
| Original Offense: | Possession with Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 60 months<br>TSR - 48 months | Type of Supervision: | Probation |
| Revocation Sentence<br>December 4, 2014 | Prison - 12 months and 1 day<br>TSR - 40 months | | |
| Revocation Sentence<br>July 11, 2017 | Prison - 12 months and 1 day<br>TSR - until March 15, 2019 | | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | May 25, 2018 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | March 15, 2019 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/17/2018, 09/05/2018, 09/13/2018, and 10/26/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: Mr. Conner violated his conditions of supervised release by being in possession of methamphetamine on or about November 26, 2018.<br><br>On May 25, 2018, Mr. Conner signed his judgment for case number 2:10CR00130-LRS-1, indicating he understood all conditions ordered by the Court. Specifically, Mr. Conner was made aware he is prohibited from possessing illegal controlled substances. |

According to the Ferry County Sheriff's report, case number 18-1-0404, on November 26, 2018, a Ferry County Sheriff's deputy observed a vehicle known to Mr. Conner. The deputy turned around to follow the vehicle and the taillights suddenly disappeared. The deputy searched the area and located the vehicle on a pile of branches near a creek. It appeared to the deputy the vehicle entered the pile of debris at a high rate of speed. It was also concluded that Mr. Conner had allegedly been driving with his lights off.

The deputy contacted a female passenger; no one else was located in the vehicle. After questioning, the female passenger identified Mr. Conner as the driver, and Mr. Conner had appeared to have eluded on foot after crashing the vehicle. Deputies searched the area after hearing branches breaking nearby, but Mr. Conner was not located.

A search warrant was signed and executed on the vehicle. In the backseat, a deputy located a small zip lock bag containing methamphetamine and a glass smoking device. Also located was a quantity of unknown black pills located inside a purse. A cell phone bill addressed to Mr. Conner, to include a cell phone that the female passenger identified as Mr. Conner's, was found in the vehicle. Synthetic urine was also found in the vehicle.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 10, 2018

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Conner, Carl Kenneth
December 10, 2018
Page 3

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

12/10/18
Date